686 F.2d 225
 William Rice LUMMIS, Texas Temporary Administrator of the
Estate of Howard R. Hughes, Jr., Deceased,
Plaintiff-Appellant, Cross Appellee,
v.
Mark WHITE, Bob Bullock, Kenneth Cory, H. B. Alvord, et al.,
Defendants-Appellees.
Kenneth Cory, H. B. Alvord, Defendants-Appellees, Cross Appellants.
 No. 79-2898.
 United States Court of Appeals,
Fifth Circuit.*
 Aug. 26, 1982.
 
 Appeals from the United States District Court for the Western District of Texas; Jack Roberts, Judge.
 
 
 1
 Andrews & Kurth, O. Clayton Lilienstern, Houston, Tex., Graves, Dougherty, Hearon, Moody & Garwood, R. James George, Jr., Austin, Tex., James W. Moore, New Haven, Conn., for plaintiff-appellant, cross appellee.
 
 
 2
 Paul J. Van Osselaer, Austin, Tex., M. Carr Ferguson, Asst. Atty. Gen., Tax Div., Dept. of Justice, Gilbert E. Andrews, Chief, Appellate Section, Richard Farber, Atty., Washington, D. C., Brown, Maroney, Rose, Baker & Barber, Charlie D. Dye, Austin, Tex., Jerome B. Falk, Steven L. Mayer, Jerome B. Falk, Jr., San Francisco, Cal., Gibson, Dunn & Crutcher, Ronald E. Gother, Los Angeles, Cal., McGinnis, Lochridge & Kilgore, Rick Harrison, Austin, Tex., Clark, Thomas, Winters & Shapiro, Donald S. Thomas, Austin, Tex., for defendants-appellees.
 
 
 3
 ON REMAND FROM THE SUPREME COURT OF THE UNITED STATES
 
 
 4
 Before VANCE and FRANK D. JOHNSON, Jr., Circuit Judges, and THOMAS,** District Judge.
 
 PER CURIAM:
 
 5
 The Supreme Court, --- U.S. ----, 102 S.Ct. 2325, 72 L.Ed.2d 694, having held that the eleventh amendment bars the statutory interpleader sought in this case, the judgment of the district court, 491 F.Supp. 5, dismissing the action is affirmed.
 
 
 6
 AFFIRMED.
 
 
 
 *
 Former Fifth Circuit case, Section 9(1) of Public Law 96-452-October 14, 1980
 
 
 **
 District Judge of the Southern District of Alabama, sitting by designation